E-FILED
Thursday, 15 September, 2005 02:50:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS AND EMPLOYERS WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 04-3063 |
| SURE THING TRUCKING, INC., | ) ) ) | |
| Defendant. | ) | |

## JOINT MOTION TO RESCHEDULE TRIAL SETTING

COME NOW the parties and move this Court to reschedule the initial trial setting in this matter, currently set for October 3, 2005. In support of this Motion, the parties state as follows:

1. A settlement offer has been proposed by the Defendant.

2. The settlement offer is contained in Exhibit A attached hereto.

3. The settlement offer must be reviewed and considered by the full Board of Trustees for the Illinois Conference of Teamsters and Employers Welfare Fund which is scheduled to meet on October 26, 2005.

4. Plaintiffs' counsel intends to recommend that this settlement offer be accepted by the Plaintiff.

5. The parties need until at least October 26, 2005, to settle this matter.

6. The parties do not believe that this Joint Motion will result in undue delay or prejudice to any party.

WHEREFORE, the parties respectfully request that the Scheduling Order in this case be modified and that this case be taken off of the Court's October 3, 2005 trial docket.

ILLINOIS CONFERENCE OF TEAMSTERS
AND EMPLOYERS WELFARE FUND,
    Plaintiffs,

BY:   s/ James P. Moody
        JAMES P. MOODY
        Cavanagh & O'Hara
        407 East Adams, Box 5043
        Springfield, IL 62705
        Telephone: (217) 544-1771
        Facsimile: (217) 544-9894
        jim@cavanagh-ohara.com

F:\files\ILCONFTE\SURE THING\M-Reschedule.Trial.wpd

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the CM/ECF system which will send notification of such filing to the following:

David G. Lubben
Davis & Campbell
401 Main Street, Suite 1600
Peoria, IL 61602

        s/ James P. Moody
        JAMES P. MOODY
        Cavanagh & O'Hara
        407 East Adams, Box 5043
        Springfield, IL 62705
        Telephone: (217) 544-1771
        Facsimile: (217) 544-9894
        jim@cavanagh-ohara.com

F:\files\ILCONFTE\SURE THING\M-Reschedule.Trial.wpd