E-FILED
Thursday, 15 September, 2005 02:51:00 PM
Clerk, U.S. District Court, ILCD

## SETTLEMENT AGREEMENT

It is hereby agreed by and between ILLINOIS CONFERENCE OF TEAMSTERS AND EMPLOYERS WELFARE FUND (hereinafter referred to as the "ILLINOIS CONFERENCE") and SURE THING TRUCKING, INC. (hereinafter referred to as "SURE THING") to enter into a Settlement Agreement with respect to claims made in Case No. 04-3063:

WITNESSETH:

1.  SURE THING agrees to pay the ILLINOIS CONFERENCE $16,096.80 in twelve (12) monthly installment payments with interest at 3.34% for contributions owed through March 2002, pursuant to the <u>first</u> payroll audit. The amount due from the <u>first</u> payroll audit was determined as follows:

| | |
|---|---:|
| Contributions owed per audit report ending March 2002 | $24,403.01 |
| Less accepted challenges for George Carrier and Michael Howard (benefits paid to Central States) | ( 7,463.67) |
| Less shop time for Ben Harrington and Herb Lane | ( 842.54) |
| Total | $16,096.80 |

2.  With respect to the above claims made for the time period through March, 2002, each side agrees to bear their own costs and attorneys fees.

3.  SURE THING agrees to schedule a <u>second</u> payroll audit at a mutually convenient time within sixty (60) days after the date this Settlement Agreement is signed. The payroll audit period will be from April 1, 2002 through the date of this Settlement Agreement.

4.  SURE THING will have thirty (30) days from the date of receipt of the <u>second</u> audit to dispute the amount claimed to be owed in the <u>second</u> payroll audit report.

5.  If there is no dispute over the amount claimed to be owed in the <u>second</u> payroll audit, SURE THING will have twelve (12) months from the date the parties agree upon the



EXHIBIT A

amount to pay the agreed amount in monthly installments with interest on the unpaid amount at the rate of 3.34%.

6. If the parties cannot agree on an amount owed, litigation may be reinstated to resolve the disputed amount of the <u>second</u> payroll audit. SURE THING acknowledges that if such litigation is necessary, the ILLINOIS CONFERENCE has not waived its right to seek the recovery of liquidated damages, interest, attorney fees and any other costs incurred to prosecute this matter.

7. The United States District Court will retain jurisdiction over the parties' Settlement Agreement.

8. The parties agree that this is a compromise of a disputed claim. By entering into this Settlement Agreement, SURE THING does not admit liability as alleged in Case No. 04-3063.

This Agreement entered into this _____ day of _____, 2005 by and between the parties first above written.

| ILLINOIS CONFERENCE OF TEAMSTERS AND EMPLOYERS WELFARE FUND, Plaintiff | SURE THING TRUCKING, INC., Defendant |
|---|---|
| By: _____<br>    James P. Moody<br>    Attorney for Plaintiff<br>    Cavanagh & O'Hara<br>    407 East Adams<br>    Post Office Box 5043<br>    Springfield, IL 62705<br>    Telephone: (217) 544-1771<br>    Facsimile: (217) 544-5236<br>    E-mail: jim@cavanagh-ohara.com | By: _____<br>    David G. Lubben<br>    Attorney for Defendant<br>    Davis & Campbell<br>    401 Main Street, Suite 1600<br>    Peoria, IL 61602-1241<br>    Telephone: (309) 673-1681<br>    Facsimile: (309) 673-1690<br>    E-mail: dglubhen@dcamplaw.com |

F:\files\ILCONFTE\SURE THING\SA.wpd