IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS AND EMPLOYERS WELFARE FUND,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SURE THING TRUCKING, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 04-3063<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

NOW COME the parties by their respective counsel of record and pursuant to Rule 41(a)(1)(ii) stipulate that the above action is dismissed without prejudice pursuant to a Settlement Agreement, a copy of which is attached to this Stipulation to Dismiss. The parties further agree that the District Court shall retain jurisdiction pursuant to the case of <u>Kokkenen v. Guardian Life Insurance Company of America</u>, 511 U.S. 375 (1994) to enforce the terms of the Settlement Agreement.

**ILLINOIS CONFERENCE OF TEAMSTERS AND EMPLOYERS WELFARE FUND, Plaintiff,**

By:   s/ James P. Moody
　　　James P. Moody
　　　Attorney for Plaintiff
　　　Cavanagh & O'Hara
　　　407 East Adams
　　　Post Office Box 5043
　　　Springfield, IL  62705
　　　Telephone: (217) 544-1771
　　　Facsimile:  (217)  544-5236
　　　E-mail: jim@cavanagh-ohara.com

**SURE THING TRUCKING, INC., Defendant**

By:   s/ David G. Lubben
　　　David G. Lubben
　　　Attorney for Defendant
　　　Davis & Campbell
　　　401 Main Street, Suite 1600
　　　Peoria, IL 61602-1241
　　　Telephone: (309) 673-1681
　　　Facsimile: (309) 673-1690
　　　E-mail: dglubben@dcamplaw.com

F:\files\ILCONFTE\SURE THING\StipDismiss.wpd