IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS AND EMPLOYERS WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-3063 |
| SURE THING TRUCKING, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER DISMISSING CASE AND RETAINING
JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

JEANNE E. SCOTT, U.S. District Court:

This cause coming before the Court on the Stipulation to Dismiss pursuant to Rule 41(a)(1) of the parties to dismiss this action without prejudice pursuant to the terms of a written Settlement Agreement, a copy of which is attached to the Stipulation to Dismiss and incorporated into this Order by reference, and the parties agreeing in that Stipulation to Dismiss that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement,

IT IS THEREFORE ORDERED that this action is dismissed without

prejudice, each party is to pay its own costs and attorneys fees. Pursuant to <u>Kokkonen v. Guardian Life Insurance Company of America</u>, 511 U.S. 375 (1994), this Court retains jurisdiction over this matter for the purpose of enforcing the terms of the written Settlement Agreement.

ENTER: December 2, 2005.

    FOR THE COURT:

                                    s/ Jeanne E. Scott
                                    JEANNE E. SCOTT
                         UNITED STATES DISTRICT JUDGE